IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

TYLER GRIGERY                             *
                                          *
                                          *
v.                                        *     Civil No. – JFM-16-2472
                                          *
UNITED STATES DEPARTMENT OF               *
HEALTH AND HUMAN SERVICES                 *
                                      ******

### MEMORANDUM

This is an action pursuant to the Freedom of Information Act. Defendant has filed a motion for summary judgment. The motion will be granted.

First, this action is moot as in that this court lacks subject matter jurisdiction – as to 289 of the total of 299 pages to which defendant made redactions. The 289 pages have been produced in unredacted form to plaintiff in an EEO action filed by plaintiff.

Second, the redactions made to the 10 pages are appropriate.

Third, defendant has "conducted a search reasonably calculated" to produce documents responsive to the FOIA request. Therefore, summary judgment is appropriate. *See Ethyl Corp. v. U.S. EPA*, 25 F.3d 1241, 1246 (4th Cir. 1994).

A separate order granting defendant's summary judgment motion is being entered herewith.

Date: 1/12/17

J. Frederick Motz
United States District Judge